**Order filed August 9, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00442-CV
_____

## IN THE INTEREST OF T.M.T., A CHILD

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2013-05601J**

## ORDER

On August 1, 2018, this court issued an order requesting that the trial court conduct a hearing to determine why appellant's appointed counsel, William Thursland, had failed to file a brief. The records of the hearing and the trial court's findings of fact and conclusions of law were ordered due August 13, 2018.

On August 8, 2018, this court received a request from the trial court to extend that deadline to August 28, 2018.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

We grant the request to extend the deadline for holding a hearing and filing the records to August 28, 2018. The court's goal is that a brief is filed on appellant's behalf. **If William Thursland files an appellant's brief before the hearing can be held, the trial court need not hold a hearing**.

PER CURIAM